IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS M. BINALY,<br><br>           Plaintiff,<br><br>     v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1, et al.,<br><br>           Defendants. | Case No.: C11-4722 YGR (JSC)<br><br>**ORDER RE: DEFENDANTS' REQUEST TO BE EXCUSED FROM ATTENDANCE AT SETTLEMENT CONFERENCE** |

The Court is in receipt of a letter from Defendants dated February 17, 2012 seeking to excuse a client representative from attending the settlement conference on March 27, 2012. As the request does not comply with paragraph 3 of the Settlement Conference Order (Dkt. No. 18), the request is DENIED.

**IT IS SO ORDERED.**

Dated: February 17, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE