UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS M. BINALEY,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1, et al.,<br><br>    Defendants. | Case No.: 11-cv-04722-YGR<br><br>**ORDER GRANTING LEAVE TO FILE CROSS-MOTIONS PURSUANT TO FED. R. CIV. P. 56** |

The Court has received Plaintiff's November 27, 2012 letter requesting a pre-filing conference and leave to file a motion pursuant to Fed. R. Civ. P. 52. (Dkt. No. 27.) Defendants filed a response to this letter on November 29, 2012, indicating that they intend to file a motion for summary judgment or partial summary judgment. (Dkt. No. 28.)

Based on the parties' submissions, the Court believes it will be most efficient to handle the issues raised in the parties' letters by cross-motions for summary judgment. No conference is scheduled at this time. Defendants shall file their motion by the current filing deadline of December 18, 2012. The parties shall file all briefs according to the rules set forth in the Court's Standing Order in Civil Cases and the Civil Local Rules. The parties are further advised to check the Court's website for the most updated version of its Standing Order and the Local Rules.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**